STEVEN W. MYHRE
Acting United States Attorney
PATRICK BURNS
Assistant United States Attorney
Nevada State Bar #: 11779
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336/Fax: (702) 388- 6418
John.P.Burns@usdoj.gov

*Representing the United States of America*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
## -oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>vs.<br><br>CAMILO Q. PRIMERO, and<br>AURORA S. BELTRAN,<br><br>             Defendants. | CASE NO: 2:17-cr-00205-APG-GWF<br><br>**STIPULATION TO CONTINUE INITIAL APPEARANCE – PLEA AND ARRAIGNMENT ON INDICTMENT** |

It is hereby stipulated and agreed, by and between Steven W. Myhre, Acting United States Attorney, through Patrick Burns, Assistant United States Attorney, and Jeffrey Setness, Esq., counsel for Defendant Camilo Q. Primero, and Michael Cristalli, Esq., counsel for Defendant Aurora S. Beltran, that the initial appearance date in the above-captioned matter, previously scheduled for July 12, 2017, at 3:00 p.m., be vacated and continued until a time convenient to the Court, preferably July 31, 2017 at 3:00 p.m.

This Stipulation is entered into for the following reasons:

1. On July 5, 2017, a grand jury indicted Defendants Primero and Beltran with: one Count of Conspiracy to Commit Health Care Fraud; one count of Health

Care Fraud; one count of Fraudulent Concealment Involving a Federal Health Care Program; three counts of False Statements Relating to A Health Benefit Program; and thirteen counts of Money Laundering. At the grand jury return, the Court granted a summons return date of July 12, 2017 at 3:00 p.m.

2. Counsel for Defendants Primero and Beltran are both unavailable to appear on July 12, and are also out of the jurisdiction for most of the balance of July 2017. They request that the summons return date be moved to July 31, 2017 at 3:00 p.m.

3. Defendants Primero and Beltran are out of custody and do not oppose this request.

4. The Government does not oppose this request.

5. This is the first request for a continuance filed in this matter.

Dated this 10th day of July, 2017

STEVEN W. MYHRE
Acting United States Attorney

By: /s/ _____
    JEFFREY SETNESS, Esq.
    Counsel for Defendant PRIMERO

By: /s/ _____
    PATRICK BURNS
    Assistant United States Attorney

By: /s/ _____
    MICHAEL CRISTALLI, Esq.
    Counsel for Defendant Beltran

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
## -oOo-

UNITED STATES OF AMERICA,

            Plaintiff,

vs.

CAMILO Q. PRIMERO, and
AURORA S. BELTRAN,

            Defendants.

CASE NO: 2:17-cr-00205-APG-GWF

**FINDINGS OF FACT**

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. On July 5, 2017, a grand jury indicted Defendants Primero and Beltran with: one Count of Conspiracy to Commit Health Care Fraud; one count of Health Care Fraud; one count of Fraudulent Concealment Involving a Federal Health Care Program; three counts of False Statements Relating to A Health Benefit Program; and thirteen counts of Money Laundering. At the grand jury return, the Court granted a summons return date of July 12, 2017 at 3:00 p.m.

2. Counsel for Defendants Primero and Beltran are both unavailable to appear on July 12, and are also out of the jurisdiction for most of the balance of July 2017. They request that the summons return date be moved to July 31, 2017 at 3:00 p.m.

3. Defendants Primero and Beltran are out of custody and do not oppose this request.

4. The Government does not oppose this request.

5. This is the first request for a continuance filed in this matter.

**ORDER**

IT IS FURTHER ORDERED that the initial appearance hearing for plea and arraignment in *United States v. Camilo Q. Primero and Aurora S. Beltran*, 2:17-cr-00205-APG-GWF, previously scheduled for July 12, 2017 at 3:00 p.m. is vacated and continued until  July 31, 2017  at 3:00 p.m. in Courtroom 3C.

Dated this 11th day of July, 2017

By: *George Foley Jr.*
JUDGE GEORGE W. FOLEY
United States Magistrate Judge