# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
-oOo-

UNITED STATES OF AMERICA,

                Plaintiff,

vs.

CAMILO Q. PRIMERO, and
AURORA S. BELTRAN,

                Defendants.

CASE NO: 2:17-cr-00205-APG-GWF

**FINDINGS OF FACT**

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. Currently pending before the Court is the Government's Motion to Revoke Pretrial Release and Detain Defendants Primero and Beltran Pending Trial [ECF No. 22]. The Court has set a hearing on the motion for August 28, 2017 at 3:00 p.m.

2. The undersigned counsel for the Government is scheduled to be out of the jurisdiction on August 28, 2017, and unavailable to attend the hearing. Due to the fact-sensitive nature of the current motion practice and Government counsel's unique familiarity with those facts, the hearing is not easily covered by another Assistant United States Attorney. Should the Court have further questions about the facts of the case or the motion, undersigned counsel is in the best position to provide that information.

3. Defendant Primero's counsel has an out of state appearance on September 6, 2017, so the parties request a date sometime after September 7, 2017.

4. Defendants Primero and Beltran are out of custody and do not oppose this request.

5. This is the first request for a continuance filed in this matter.

**ORDER**

IT IS FURTHER ORDERED that the hearing on the Government's Motion to Revoke Pretrial Release and Detain Defendants Primero and Beltran Pending Trial [ECF No. 22] in *United States v. Camilo Q. Primero and Aurora S. Beltran*, 2:17-cr-00205-APG-GWF, previously scheduled for August 28, 2017 at 3:00 p.m. is vacated and continued until September 18, 2017 at 9:30 a.m. in Courtroom 3A.

Dated this 24th day of August, 2017

By: *George Foley Jr.*
JUDGE GEORGE W. FOLEY
United States Magistrate Judge