GENTILE CRISTALLI
MILLER ARMENI SAVARESE
MICHAEL V. CRISTALLI
Nevada Bar No. 6266
Email: mcristalli@gmcaslaw.com
VINCENT SAVARESE III
Nevada Bar No. 2467
Email: vsavarese@gcmalaw.com
410 South Rampart Boulevard, Suite 420
Las Vegas, Nevada 89145
Tel: (702) 880-0000
Fax: (702) 778-9709

*Attorneys for Defendant Aurora S. Beltran*

FABIAN VAN COTT
JEFFREY B. SETNESS
Nevada Bar No. 2820
jsetness@fabianvancott.com
601 South Tenth Street, Suite 204
Las Vegas, Nevada 89101
Tel: (702) 930-5728
Fax: (877) 898-1168

*Attorney for Defendant Camilo Q. Primero*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CAMILO Q. PRIMERO and<br>AURORA S. BELTRAN,<br><br>Defendants. | CASE NO. 2:17-cr-00205-APG-GWF<br><br>**ORDER** |

**STIPULATION AND ORDER TO ENLARGE TIME WITHIN WHICH DEFENDANTS MAY FILE THEIR MOTION FOR REVOCATION OF MAGISTRATE'S ORDER OF DETENTION PENDING TRIAL**

**(FIRST REQUEST)**

IT IS HEREBY STIPULATED AND AGREED by and between Defendant Aurora S. Beltran, by and through her attorneys, Michael V. Cristalli, Esq. and Vincent Savarese III, Esq. of the law firm of Gentile Cristalli Miller Armeni Savarese; Defendant Camilo Primero, by and

through his attorneys, Jeffrey B. Setness, Esq., of the law firm of Fabian VanCott and William McMurrey, Esq., *(Pro Hac Vice)* of the law firm of Oberheiden & McMurrey, LLP; and Plaintiff United States of America, by and through Dayle Elieson, United States Attorney for the District of Nevada and Patrick Burns, Assistant United States Attorney, that the time within which Defendants may file their motion pursuant to Title 18, United States Code ("U.S.C."), Section 3145(b) for revocation of the Order of the United States Magistrate Judge detaining them pending trial in this matter [DKT 62] be enlarged for a period of one week, up to and including March 21, 2018.

This Stipulation is entered into for the following reasons:

1. On February 28, 2018, following a hearing on the Government's Second Motion to Revoke Pretrial Release And Detain Defendants Primero And Beltran Pending Trial [DKT 56], Magistrate Judge George Foley, Jr. ordered that Defendants Aurora S. Beltran and Camilo Q. Primero be detained pending trial in this matter and remanded them to custody forthwith [DKT 62].

2. In order to prepare their motion pursuant to 18 U.S.C. Section 3145(b) for revocation of that Order, Defendants' counsel must obtain the transcript of the February 28, 2018 hearing before the magistrate judge.

3. Pursuant to Local Rule IB 3-2, Defendants' motion for revocation of the magistrate judge's detention order is currently due to be filed on or before March 14, 2018.

4. On March 5, 2018, counsel for Defendant Beltran requested that a transcript of the February 28, 2018 hearing before the magistrate judge be prepared by the court reporter on an expedited basis, but have been advised by the court reporter that, even on an expedited basis, the transcript of the hearing cannot be made available to counsel until March 12, 2018.

5. This will not allow defense counsel adequate time within which to properly prepare Defendants' motion for revocation of the magistrate judge's detention order notwithstanding the exercise of due diligence.

6. The additional time requested herein is not sought for purposes of delay and the denial of this request for a continuance could result in a miscarriage of justice;



Gentile Cristalli
Miller Armeni Savarese
Attorneys At Law
410 S. Rampart Blvd. #420
Las Vegas, NV 89145
(702) 880-0000

7. For all the above-stated reasons, the ends of justice would be best served by the enlargement of time requested.

8. This is the first request for an enlargement of time within which Defendants may file their motion for revocation of the magistrate's Order of detention in this matter.

DAYLE ELIESON
UNITED STATES ATTORNEY
DISTRICT OF NEVADA

DATED this 7th day of March, 2018.

/s/ Patrick Burns
PATRICK BURNS
Assistant United States Attorney
Attorney for Plaintiff,
UNITED STATES OF AMERICA

GENTILE CRISTALLI
MILLER ARMENI SAVARESE

DATED this 7th day of March, 2018.

/s/ Vincent Savarese III
MICHAEL V. CRISTALLI
VINCENT SAVARESE III
Attorneys for Defendant,
AURORA S. BELTRAN

FABIAN VANCOTT

DATED this 7th day of March, 2018.

/s/ Jeffrey B. Setness
JEFFREY B. SETNESS

OBERHEIDEN & MCMURREY, LLP

WILLIAM MCMURREY *(Pro Hac Vic)*
Attorneys for Defendant,
CAMILO Q. PRIMERO

Gentile Cristalli
Miller Armeni Savarese
Attorneys At Law
410 S. Rampart Blvd. #420
Las Vegas, NV 89145
(702) 880-0000

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CAMILO Q. PRIMERO and<br>AURORA S. BELTRAN,<br><br>Defendants. | CASE NO. 2:17-cr-00205-APG-GWF |

**FINDINGS OF FACT, CONCLUSION OF LAW AND ORDER**

Based on the pending Stipulation of counsel, and good cause appearing therefor, the Court hereby finds that:

**CONCLUSIONS OF LAW**

Based on the fact that counsel have agreed to a continuance, the Court hereby concludes that:

1. On February 28, 2018, following a hearing on the Government's Second Motion to Revoke Pretrial Release And Detain Defendants Primero And Beltran Pending Trial [DKT 56], Magistrate Judge George Foley, Jr. ordered that Defendants Aurora S. Beltran and Camilo Q. Primero be detained pending trial in this matter and remanded them to custody forthwith [DKT 62].

2. In order to prepare their motion pursuant to 18 U.S.C. Section 3145(b) for revocation of that Order, Defendants' counsel must obtain the transcript of the February 28, 2018 hearing before the magistrate judge.

3. Pursuant to Local Rule IB 3-2, Defendants' motion for revocation of the magistrate judge's detention order is currently due to be filed on or before March 14, 2018.

4. On March 5, 2018, counsel for Defendant Beltran requested that a transcript of the February 28, 2018 hearing before the magistrate judge be prepared by the court reporter on an expedited basis, but have been advised by the court reporter that, even on an expedited basis, the transcript of the hearing cannot be made available to counsel until March 12, 2018.



Gentile Cristalli
Miller Armeni Savarese
Attorneys At Law
410 S. Rampart Blvd. #420
Las Vegas, NV 89145
(702) 880-0000

5. This will not allow defense counsel adequate time within which to properly prepare Defendants' motion for revocation of the magistrate judge's detention order notwithstanding the exercise of due diligence.

6. The additional time requested herein is not sought for purposes of delay and the denial of this request for a continuance could result in a miscarriage of justice;

7. For all the above-stated reasons, the ends of justice would be best served by the enlargement of time requested.

8. This is the first request for an enlargement of time within which Defendants may file their motion for revocation of the magistrate's Order of detention in this matter.

**ORDER**

**IT IS HEREBY ORDERED** that the deadline for the Defendants to file their motion for revocation of the magistrate's Order of detention in this matter [DKT 62] is extended until March 21, 2018.

Dated: March 8, 2018.

**ANDREW P. GORDON**
**UNITED STATES DISTRICT COURT JUDGE**
**CASE NO.: 2:17-cr-00205-APG-GWF**

Gentile Cristalli
Miller Armeni Savarese
Attorneys At Law
410 S. Rampart Blvd. #420
Las Vegas, NV 89145
(702) 880-0000