DAYLE ELIESON
United States Attorney
PATRICK BURNS
Assistant United States Attorney
Nevada State Bar #: 11779
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
PHONE: (702) 388-6336/FAX: (702) 388-6418
John.P.Burns@usdoj.gov

*Attorneys for the United States of America*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
# -oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 2:17-cr-00205-APG-GWF |
| vs. | STIPULATION FOR A PROTECTIVE ORDER |
| CAMILO Q. PRIMERO, and AURORA S. BELTRAN, | |
| Defendants. | |

The parties, by and through the undersigned, respectfully request that the Court issue an Order, effective following the signing of the Order, protecting from disclosure to the public, or any third party not directly related to this case, any documents, recordings, or other tangible things produced by the Government during discovery under bates stamp numbers 000001 to 066237. The parties state as follows:

1. Commencing in July 2017, the Government has produced to Defendants Beltran and Primero discovery designated by bates stamp numbers 000001 to 066237 (the "discovery" or "discovery material"). The discovery contains private medical and

1

patient information of certain nonparties, and is too voluminous to redact.

2. During the time period from July 2017 to February 2018, various discovery materials were provided to Defendant Primero.

3. On February 28, 2018, Defendants Primero and Beltran were ordered detained pending trial. In order to prepare for trial, counsel for Defendants Primero and Beltran wish to provide copies of the discovery in flash drive, disc, and/or paper format to their clients who are currently detained pending trial at the Nevada Southern Detention Center in Pahrump, Nevada.

4. In order to prevent further dissemination of this material, effective on the date this Order is signed, the parties intend to restrict access to the discovery material in this case to the following individuals: the defendants, attorneys for all parties, and any personnel that the attorneys for all parties consider necessary to assist in performing that attorneys' duties in the prosecution or defense of this case, including copying services, investigators, paralegals, experts, support staff, interpreters, detention facility personnel, and any other individuals specifically authorized by the Court (collectively, the "Covered Individuals").

5. After the effective date of this order, without leave of Court, the Covered Individuals shall not:

    a. make copies for, or allow copies of any kind to be made by any other person of the discovery in this case;

    b. allow any other person to read, listen, or otherwise review the discovery material;

    c. use the discovery material for any other purpose other than preparing to defend against or prosecute the charges in the

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

                Indictment or any further superseding indictment arising out of this case; or

        d.    attach to motions, pleadings, or briefs without appropriate redactions any of the discovery material. If the material is incapable of meaningful redaction, the Covered Individual will file the document under seal.

    6.    This Stipulation and Order does not apply to previous disclosures of the discovery.

    7.    This Stipulation and Order does not apply to the procedures and policies at the Nevada Southern Detention Center relating to their review of materials coming into the facility and the storage of said material.

    8.    Nothing in this stipulation is intended to restrict the parties' use or introduction of the discovery material as evidence at trial or support in motion practice.

    9.    The parties shall inform any person to whom disclosure may be made pursuant to this order of the existence and terms of this Court's order.

    10.    Should a reasonable need for this protective order cease to exist, on grounds other than a Covered Individual or some other person violating or circumventing its terms, the Government will move expeditiously for its dissolution.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

11. The defense hereby stipulates to this protective order.

Respectfully submitted,

For the United States:

DAYLE ELIESON
United States Attorney

_____/s/_____
PATRICK BURNS
Assistant United States Attorney

For the Defense:

_____/s/_____
JEFFREY B. SETNESS, ESQ.
WILLIAM MCMURREY, ESQ.
Attorneys for CAMILO Q. PRIMERO

_____/s/_____
BRET WHIPPLE
Attorney for AURORA S. BELTRAN

**IT IS SO ORDERED:**

*George Foley Jr.* (signature)                                   6-12-2018
_____                    _____
GEORGE W. FOLEY                                                    Date
United States Magistrate Jude