UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>AURORA S. BELTRAN,<br><br>Defendants. | Case No. 2:17-cr-00205-APG-GWF<br><br>**ORDER ACCEPTING MAGISTRATE JUDGE'S FINDINGS & RECOMMENDATION ON MOTION TO DISMISS**<br><br>(ECF Nos. 78, 96) |

Defendant Aurora Beltran moved to dismiss the charges against her. ECF No. 78. Magistrate Judge Foley entered his Findings & Recommendation recommending that the motion be denied. ECF No. 96. Beltran filed an Objection to the Findings & Recommendation (ECF No. 101) and the Government filed a Response (ECF No. 102). Pursuant to Local Rule IB 3-2(b), I have conducted a *de novo* review of the motion and related papers. I agree with Magistrate Judge Foley's analysis and I adopt his Findings & Recommendation as my own.

IT IS HEREBY ORDERED that Magistrate Judge Foley's Findings & Recommendation **(ECF No. 96) is accepted**. Ms. Beltran's motion to dismiss **(ECF No. 78) is denied.**

DATED this 19th day of November, 2018.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE