UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CAMILO Q. PRIMERO,<br><br>Defendant. | Case No. 2:17-CR-00205-APG-EJY<br><br>**AMENDED ORDER ON MOTION TO WITHDRAW AS COUNSEL FOR CAMILO Q. PRIMERO** |

The Court has received and reviewed the Motion to Withdraw as Counsel for Camilo Q. Primero, the Memorandum of Points and Authorities in support thereof, and the Declaration of Jeffery Setness in the above captioned matter. The Court has further considered the status of this matter, Local Rule IA 11-6, Rule 1.16 of the Nevada Rules of Professional Conduct, and the specific circumstances underlying counsel's request to withdraw.

After considering all of the above, the Court finds that Mr. Setness has established a good faith basis for withdrawal as (1) there will be no adverse effect on the interest of the Defendant-Client who is currently incarcerated at USP Lompoc Satellite Camp having been sentenced on April 19, 2019, (2) Mr. Setness advised the Defendant-Client of his intent to withdraw on July 1, 2019, and (3) as of August 2, 2019, the Defendant-Client had not responded to Mr. Setness' correspondence. The Court also notes it has received no objection to Mr. Setness' Motion from the Defendant or the United States of America.

IT IS HEREBY ORDERED that the Motion to Withdraw as Counsel for Camilo Q. Primero is GRANTED.

IT IS FURTHER ORDERED that a copy of this Order shall be mailed to Defendant by the Clerk's Office at the address stated on the Certificate of Service attached to ECF No. 156.

DATED THIS 21st day of August, 2019.

_____
ELAYNA J. YOUCHAH
United States Magistrate Judge